UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA GROSSMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-CV-00153-S |
| § | |
| ONE TECHNOLOGIES LLC, ET AL., § | |
| § | |
| Defendants. § | |

## DEFENDANT ONE TECHNOLOGIES, LLC'S
## ERRATA TO ITS BRIEF REGARDING JURISDICTION

Defendant One Technologies, LLC submits this Errata to correct statements inadvertently made related to the number of emails at issue in this lawsuit, and the amount of statutory damages sought by Plaintiff for those emails, that are set forth in its *Brief Regarding Jurisdiction* filed with the Court on February 22, 2021, at Dkt. No. 38. Specifically, One Technologies stated in its brief that there are at least twenty-five emails at issue in this lawsuit and thus Plaintiff seeks at least $25,000 in statutory damages under California's anti-spam statute codified at California Business & Professions Code Section 17529.5. However, there are at least forty-five emails at issue in this lawsuit and thus Plaintiff seeks at least $45,000 in statutory damages. Counsel for One Technologies only noticed this discrepancy while preparing One Technologies's Answer to the Complaint over the weekend, and by way of this Errata seeks to correct such discrepancy.

Dated: March 1, 2021          Respectfully submitted,

         */s/ Ari N. Rothman*
         Ari N. Rothman (*pro hac vice*)
         anrothman@venable.com
         Shahin O. Rothermel (*pro hac vice*)
         sorothermel@venable.com
         **VENABLE LLP**
         600 Massachusetts Avenue, NW
         Washington, DC 20001
         (202) 344-4000 Telephone
         (202) 344-8300 Facsimile

         Jonathan R. Childers
         Texas Bar No. 24050411
         jchilders@lynnllp.com
         Eliyahu Ness
         Texas Bar No. 24119651
         eness@lynnllp.com
         **LYNN PINKER HURST & SCHWEGMANN, LLP**
         2100 Ross Avenue, Suite 2700
         Dallas, Texas 75201
         214-981-3800 Telephone
         214-981-3839 Facsimile

         **ATTORNEYS FOR DEFENDANT
ONE TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I certify that on March 1, 2021, a true and correct copy of this document was served on all counsel of record via the Court's ECF system.

         */s/ Jonathan R. Childers*
         Jonathan R. Childers

4812-9978-00574