## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JOSHUA GROSSMAN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ONE TECHNOLOGIES LLC, et al., § <br> § <br> Defendants. § <br> § <br> § | Civil Action No.: 3:21-CV-00153-S |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff JOSHUA GROSSMAN ("Plaintiff") gives notice of dismissal of the instant action with prejudice as to Defendant ONE TECHNOLOGIES LLC.

Each party shall be responsible for their own fees and costs.

Dated:  August 25, 2021      By: /s/ Ramona Ladwig
Ramona Ladwig, Esq.
State Bar No. 24092659
KAZEROUNI LAW GROUP, APC
1910 Pacific Avenue, Suite 14155
Dallas, TX 75201
Telephone: (214) 880-6362
Fax: (800) 635-6425
Email: ramona@kazlg.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by electronic notification, per Fed. R. Civ. P. 5(b)(2)(E), to the persons and entities registered with CM/ECF on this Wednesday, August 25, 2021.

By: /s/ Ramona Ladwig
Ramona Ladwig
